**Joan Frances M. MALONE, Appellant**

v.

**GEORGE WASHINGTON UNIVERSITY HOSPITAL, et al., Appellees.**

No. 12–7015.

United States Court of Appeals, District of Columbia Circuit.

July 3, 2012.

Joan Frances M. Malone, Washington, DC, pro se.

BEFORE: ROGERS, GRIFFITH, and KAVANAUGH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed February 16, 2012, be affirmed. The district court properly determined appellant had failed to demonstrate either federal question jurisdiction, *see* 28 U.S.C. § 1331, or diversity jurisdiction, *see* 28 U.S.C. § 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.